PROB 12B
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 4 2014

JAMES W. McCORMACK, CLERK
By: C. Norwood
      DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 4 2014

JAMES W. McCORMACK, CLERK
By: _____
           DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Clifton Lamon Thomas | Case Number: 4:08CR00104-001 SWW |

Name of Sentencing Judicial Officer:  Honorable Susan Webber Wright
United States District Judge

Original Offense:  Distribution of Cocaine Base

Date of Sentence:  April 1, 2009

Original Sentence:  72 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment and testing, DNA testing, comply with child support obligations if ordered to do so by any state court, and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: April 3, 2013 |
|---|---|---|
| | | Date Supervision Expires: April 2, 2016 |
| U.S. Probation Officer: Alexa L. Richards | Asst. U.S. Attorney: Michael Gordon | Defense Attorney: Justin Eisele |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**Mr. Thomas shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

### CAUSE

On September 23, 2013, Mr. Thomas was the victim in a shooting that resulted in him getting shot several times causing permanent damage to his right arm. As a result of the shooting, Mr. Thomas is having a hard time processing his emotions and has requested mental health counseling.

On January 21, 2014, Assistant Federal Public Defender Justin Eisele contacted Mr. Thomas to review the waiver of hearing to modify conditions of supervised release. After speaking with Mr. Eisele, Mr. Thomas signed the attached Waiver of Hearing to Modify Conditions of Supervised, agreeing to the modification on January 22, 2014.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Clifton Lamon Thomas          Case Number: 4:08CR00104-001 SWW

*Alexa L. Richards* (signature)                  *n.O.S.e* (signature)

Alexa L. Richards                                 Michael Gordon
U.S. Probation Officer                            Assistant U.S. Attorney

Date: January 22, 2014                            Date: 1/23/14

Approved:

*Satori Burns* (signature)

Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

*Susan Webber Wright* (signature)
Signature of Judicial Officer

Date: January 24, 2014

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Justin Eisele, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Mr. Thomas shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Witness: *Alexa L. Richards*  Signed: *Clifton Thomas*
U.S. Probation Officer                Probationer or Supervised Releasee

1-22-14
DATE

*Justin Eisele*   1.22.14

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Mr. Thomas shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

Witness: *Alexa L. Richards*
U.S. Probation Officer

Signed: *Clifton Thomas*
Probationer or Supervised Releasee

Date: 1-22-14